# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136183

CHRISTAL J. SEGER,
      Plaintiff-Appellant,

v

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,
      Defendant-Appellee.

SC: 136183
COA: 274572
Saginaw CC: 06-058909-NI

_____/

      On order of the Court, the application for leave to appeal the February 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

Clerk

d0716